

# THE ATTORNEY GENERAL.

## OF TEXAS

### AUSTIN, TEXAS

Gerald C. Mann
~~XXXXXXXXXXXX~~
ATTORNEY GENERAL

Honorable E. H. Griffin
County Attorney
Graham, Texas

Dear Sir:

Opinion No. O-2163
Re: Whether lot owned by Junior
Altruistic Club of Olney is
subject to taxation.

In your letter of April 2, 1940, you submit to us the following facts:

The Junior Altruistic Club of Olney, Young County, Texas, has a lot in Olney, Texas, which was acquired by gift. This club is an organization of women devoted to fostering educational and civic betterment projects and is a non-profit organization devoting a portion of its time to social activities. You further advise that the facts will show that the prime purpose of the Altruistic Club is a social one.

You request our opinion as to whether this lot is subject to taxation.

Article VIII, Section 2, of the State Constitution provides that the Legislature may by general laws exempt from taxation "institutions of purely public charity."

The fact that an institution may do some charitable work is not sufficient to bring it within the exemption. Our courts have held that the word "purely" as used in Section 2 of Article VIII is intended to modify the word "charity" and not the word "public". Therefore, for an institution to be one of purely public charity it must be one whose property is used wholly and exclusively for charitable purposes. B.P.O.E. Lodge No. 151 vs. City of Houston, 44 S. W. (2d) 488; City of Houston vs. Scottish Rite Benevolent Ass'n., 230 S. W. 978. As stated in Santa Rosa Infirmary vs. City of San Antonio, 259 S. W. 926 by the Commission of Appeals, the above constitutional provision expressly makes null and void all exemptions attempted thereunder by the Legislature unless authorized by the constitutional provision itself.

From the above, it necessarily follows that the property in question is subject to taxation.

APPROVED APR. 15, 1940
/s/ Gerald C. Mann
ATTORNEY GENERAL OF TEXAS

Yours very truly
ATTORNEY GENERAL OF TEXAS
By /s/ Glenn R. Lewis
Assistant